No. 750. EDGAR BROTHERS CO. *v.* HEAD, STATE REVENUE COMMISSIONER.

March 11, 1940. *Per Curiam:* The motion

to dismiss is granted and the appeal is dismissed for want of a substantial federal question. *Underwood Typewriter Co.* v. *Chamberlain,* 254 U. S. 113; *Bass, Ratcliff & Gretton, Ltd.,* v. *State Tax Commission,* 266 U. S. 271; *Matson Navigation Co.* v. *State Board,* 297 U. S. 441; *Ford Motor Co.* v. *Beauchamp,* 308 U. S. 331. *Mr. Orville A. Park* for appellant. *Messrs. B. B. Zellars* and *Marshall L. Allison* for appellee.